# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

### ATTORNEYS AT LAW

**125 CHUBB AVENUE**
**SUITE 310 N**
**LYNDHURST, NEW JERSEY 07071**
PHONE: (201) 659-8011
FAX: (201) 659-8511

E-MAIL: MAIN@FKRLAW.COM                                    WEBSITE: WWW.FKRLAW.COM

EDWARD J. FLORIO                                           MATTHEW R. TONZOLA
BERNARD F. KENNY, JR.                                      RYAN RENZULLI
NITA G. RAVAL                                              ROBERT K. VALANE*+^
CHRISTOPHER K. HARRIOTT                                    MICHAEL B. SIMONE
                                                           EMILY BOODOO*
COUNSEL                                                    HOLLY C. RENSHAW
ANGIOLA DIPOPOLO                                           _____
LEE TURNER●                                                *ADMITTED TO NJ & NY BAR
                                                           +ADMITTED TO DISTRICT OF COLUMBIA
                                                           ^ADMITTED TO CALIFORNIA
                                                           ●ADMITTED TO PENNSYLVANIA

March 28, 2025

**VIA EFILING ONLY**
Hon. Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:   **ADAMS V. CITY OF NEWARK, ET ALS.**
      DOCKET NO.:  2:20-CV-17207-SDW-LDW
      OUR FILE NO.:       627.031

Dear Honorable Magistrate Judge Wettre:

    As Your Honor is aware, the undersigned represents Defendants, City of Newark, Mayor Ras J. Baraka, Eric S. Pennington and Danielle A. Smith, in connection with the above-captioned matter. I am writing to advise the Court as to when the payment of settlement funds will be received by Plaintiff. Upon the advice of the City, the settlement draft for Plaintiff should be available in two weeks or on April 17, 2025.

    I thank Your Honor for your attention to this matter.

{01151846}

        Respectfully Submitted,

        FLORIO♦KENNY♦RAVAL, L.L.P.

        *Christopher K. Harriott*
        CHRISTOPHER K. HARRIOTT, ESQ.

CKH/mc
cc:    Francine R. Foner, Esq. *(via efiling only)*
       Emilia Perez, Esq. *(via email only)*

{01151846}